**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 13-21-DLB-HAI-1**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

vs.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**FREDERICK M. HARRIS**                                                         **DEFENDANT**

* * * * * * * * * * * * *

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Hanley Ingram (Doc. # 146), wherein he recommends that Defendant Frederick Harris's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 139)[1] be **dismissed** because Harris waived his right to collaterally attack his sentence, and his motion time-barred. No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration.

Having reviewed the Magistrate Judge's thorough R&R, the Court concludes that it is sound in all respects, and agrees that Defendant's Motion should be dismissed. Accordingly,

---

[1] Defendant Harris also filed a corrected motion (Doc. # 142) in compliance with a Court order (Doc. # 141).

**IT IS HEREBY ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 146) be, and hereby is, **adopted** in full as the findings of fact and conclusions of law of the Court;

(2) Defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Docs. # 139 and 142) is **dismissed**;

(3) For the reasons set forth in the Report and Recommendation of the United States Magistrate Judge, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) This matter is hereby **dismissed with prejudice** and **stricken** from the Court's active docket.

This 18th day of July, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2013\13-21 Order adopting R&R re 2255.wpd